FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY JONES, | No. 4:23-CV-5154-JAG |
| Plaintiff, | ORDER DISMISSING CASE WITH PREJUDICE |
| v. | **MOTION GRANTED (ECF No. 28)** |
| SAFARILAND, LLC, | |
| Defendant. | |

Pending before the Court is the parties' Stipulation and Motion to Dismiss. ECF No. 28. The parties stipulated to dismissal with prejudice without costs.

Accordingly, **IT IS ORDERED:**

1.    Defendant's Motion to Dismiss, **ECF No. 28**, is **GRANTED.**

2.    The case is **DISMISSED with prejudice** and without costs or fees awarded to any party.

3.    The trial and all hearing dates are **STRICKEN.** Any pending motions are denied as moot.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel and **CLOSE** this file.

DATED June 12, 2025.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1